UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED SPECIALTY INSURANCE
COMPANY,**

         **Petitioner,**

**v.**                                  **Case No:  6:19-cv-1705-Orl-41GJK**

**W2S LLC,**

         **Respondent.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Appoint Umpire ("Motion," Doc. 18). United States Magistrate Judge David A. Baker issued a Report and Recommendation ("R&R," Doc. 20) in which he recommends that the Court grant the Motion, appoint an umpire, and administratively close the case while retaining jurisdiction. (*Id.* at 3). After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Appoint Umpire (Doc. 18) is **GRANTED**.

    a. Eric C. Jackson, P.E., Brooks Jackson & Little, Inc., 4745 Sutton Park Court, Suite 104, Jacksonville, Florida 32224 is appointed as the umpire for the parties' appraisal.

3. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record